Nos. 266 and 267. CRESCENT MILLING COMPANY *v.* H. N. STRAIT MANUFACTURING COMPANY. Error to the District Court of the United States for the District of Minnesota. Argued for plaintiff in error March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Harris Richardson* for plaintiff in error. *Mr. John I. Dille* and *Mr. John O. P. Wheelwright* for defendant in error.

Nos. 268 and 269. CRESCENT MILLING COMPANY *v.* H. N. STRAIT MANUFACTURING COMPANY. Error to the Circuit Court of Appeals for the Eighth Circuit. Argued for plaintiff in error March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128 of the Judicial Code; *Stevenson v. Fain,* 195 U. S. 165, 166; *Hull v. Burr,* 234 U. S. 712, 720; *St. Anthony Church v. Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co. v. Yurkonis,* 238 U. S. 439, 444. *Mr. Harris Richardson* for plaintiff in error. *Mr. John I. Dille* and *Mr. John O. P. Wheelwright* for defendant in error.

No. 270. CRESCENT MILLING COMPANY *v.* H. N. STRAIT MANUFACTURING COMPANY. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Argued for appellant March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128 of the Judicial Code; *Stevenson v. Fain,* 195 U. S. 165, 166; *Hull v. Burr,* 234 U. S. 712, 720; *St. Anthony Church v. Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Delaware, Lackawanna &*

*Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. *Mr. Harris Richardson* for appellant. *Mr. John I. Dille* and *Mr. John O. P. Wheelwright* for appellee.

---

No. ——, Original. *Ex parte:* In the Matter of Christoffer Hannevig et al., Petitioners. Submitted March 17, 1919. Decided March 31, 1919. Motion for leave to file petition for writs of prohibition, mandamus, and certiorari denied. *Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for petitioners.

---

No. 704. R. E. Oden, Sheriff of Allen Parish, Louisiana, *v.* A. V. Coco, Attorney General of Louisiana. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted March 31, 1919. Decided April 14, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225, 232; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216, 218. (2) *Consolidated Turnpike Co.* v. *Norfolk, &c., Ry. Co.,* 228 U. S. 596, 599; *Municipal Securities Corporation* v. *Kansas City,* 246 U. S. 63, 69; *Bilby* v. *Stewart,* 246 U. S. 255, 257. *Mr. Chas. Arthur McCoy* for plaintiff in error. *Mr. Harry P. Sneed* for defendant in error.

---

No. 175. Denver & Rio Grande Railroad Company *v.* James R. Baird. Error to the Supreme Court of the State of Utah. Submitted January 22, 1919.